# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

MAURICE JILES,

        Plaintiff,

v.

SOUTHERN DESERT CORRECTIONAL CENTER, E, *et al.*,

        Defendants.

Case No. 2:15-cv-00317-RFB-GWF

**ORDER TO PRODUCE MAURICE JILES, #1051146**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **MAURICE JILES, #1051146**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **MAURICE JILES, #1051146**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Thursday, April 27, 2017 at the hour of 11:00 AM**, in LV Courtroom 7D, to attend the jury trial in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **MAURICE JILES, #1051146,** is released

/ / /

/ / /

1  and discharged by the said Court; and that **MAURICE JILES, #1051146**, shall thereafter be
2  returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV,
3  under safe and secure conduct.
4  **DATED**: April 18, 2017.

                                                                    _____
                                                                    **RICHARD F. BOULWARE, II**
                                                                    **United States District Judge**