# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAURICE JILES, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv–00317-RFB-GWF |
| vs. | ) | **ORDER** |
| OFFICER ROBERSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Appointment (ECF No. 52), filed on May 31, 2017.

There is no constitutional right to the appointment of counsel in civil cases. *Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). In determining whether counsel should be appointed, the court has discretion to consider three relevant factors: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel; and (3) the meritoriousness of the plaintiff's claim. *Id.* Plaintiff has not presented sufficient evidence to persuade this Court to appoint counsel to represent him. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment (ECF No. 52) is **denied** without prejudice.

DATED this 6th day of June, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge