ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar No. 11474)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov
Attorneys for Defendant Dale Roberson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Maurice Jiles,<br><br>   Plaintiff,<br><br>vs.<br><br>Officer C/O Roberson,<br><br>   Defendant. | CASE NO. 2:15-cv-00317-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff, Maurice Jiles, appearing *pro* se, and Defendant, Dale Roberson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Frank A. Toddre II, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

///

1      This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this \_\_\_\_ day of May, 2018.      DATED this 25 day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: *Maurice Jiles*
Maurice Jiles
*Plaintiff, Pro Se*

By: *[signature]*
FRANK A. TODDRE II (Bar No. 11474)
Senior Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of June, 2018.